

# NUMBER 13-14-00393-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**LARRY GREEN,**                                                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                        **Appellee.**

## On Appeal from the 319th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Larry Green, filed a pro se notice of appeal regarding his conviction for the failure to register as a sex offender in trial court cause number 14-CR-0022-G in the 319th District Court of Nueces County, Texas. However, appellant has now filed two motions to dismiss his appeal. Appellant is unrepresented by counsel and has made no request for the appointment of counsel. Accordingly, we conclude that appellant's

motions comply with the requirements of Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (allowing voluntary dismissals in criminal appeals where the attorney and appellant both sign a written motion to dismiss); *see also Flores v. State*, No. 07-08-0256-CR, 2008 WL 4180296, at *1 (Tex. App.—Amarillo Sept. 12, 2008, no pet.) (not designated for publication) (stating that a pro se appeal could be dismissed in accordance with a motion signed by the appellant); *Guerra v. State*, No. 04-02-00135-CR, 2002 WL 1973854, at *1 (Tex. App.—San Antonio Aug. 28, 2002, no pet.) (per curiam) (not designated for publication) (stating that a pro se motion to dismiss signed by the appellant complied with the appellate rules pertaining to the voluntary dismissal of criminal appeals). Without passing on the merits of the case, we GRANT the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
31st day of July, 2014.